IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JOE SKAINS, JR.,

      Petitioner,               No. CIV S-06-0127 LKK GGH P

    vs.

BILL LOCKYER,

      Respondent.        ORDER
_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 7, 2006, the parties filed a joint scheduling statement. After reviewing the statement, the court makes the following ORDERS:

        1. On or before October 6, 2006, petitioner shall file either an amended petition containing only exhausted claims or an amended petition identifying both exhausted and unexhausted claims and a request to stay this action pending further exhaustion;

        2. Any request by petitioner for an evidentiary hearing or discovery shall be filed with the exhausted amended petition;

/////

/////

/////

1

3. Respondent's response to the exhausted amended petition or request to stay shall be filed within forty-five days after October 6, 2006.

DATED: 8/11/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
sk127.sch