STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
RANDY JOE SKAINS, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JOE SKAINS, SR. | NO. CIV S-06-127 LKK GGH |
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SCHEDULING STATEMENT** |
| BILL LOCKYER,<br>California Attorney General | |
| Respondent . | |

For the reasons stated in the foregoing Unopposed Motion for Enlargement of Time to File Petition and Motion to Stay, IT IS  ORDERED that the Motion for Enlargement of Time is granted.  On or before December 5, 2006 the petitioner must file an Amended Petition containing only exhausted claims or an amended petition identifying both exhausted and unexhausted claims and a motion to stay this action pending further exhaustion.

DATED: 10/5/06

/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
MAGISTRATE JUDGE

sk127.eot(2)