IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JOE SKAINS,

      Petitioner,               No. CIV S-06-0127 LKK GGH P

   vs.

BILL LOCKYEAR, et al.,

      Respondents.        <u>ORDER</u>

_____/

      On May 8, 2007, the court granted petitioner's motion to stay this action pending further exhaustion. On August 28, 2007, petitioner filed a motion to amend the petition and a proposed amended petition. On September 19, 2007, respondent filed a statement of non-opposition to petitioner's motion to amend.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to reopen this action;

      2. Petitioner's August 28, 2007, motion to amend is granted; this action shall proceed on the amended petition attached to the motion to amend as exhibit A;

      3. The hearing set for October 18, 2007, before the undersigned regarding the motion to amend is vacated;

/////

1       4. Respondents are directed to file a response to petitioner's amended petition
2 within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An
3 answer shall be accompanied by all transcripts and other documents relevant to the issues
4 presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;
5       5. If the response to the habeas petition is an answer, petitioner's reply, if any,
6 shall be filed and served within thirty days after service of the answer.
7 DATED: 9/28/07

                                         /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE

10 sk127.ord