IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY JOE SKAINS,** | CIV S-06-0127 LKK-GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **BILL LOCKYER, et al.,** | |
| Respondents. | |

    Good cause appearing, IT IS HEREBY ORDERED that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before November 27, 2007.

Dated: 10/31/07              /s/ Gregory G. Hollows
                                    U.S. Magistrate Judge

sk127.eot

1