IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JOE SKAINS, SR.,

    Petitioner,  No. CIV S-06-127 LKK CHS P

  vs.

BILL LOCKLER, et al.,

    Respondents.  ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of this court's March 25, 2009 order denying his application for writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing in his petition as to the following issues: (1) the prosecutor presented false or misleading witness testimony; (2) the prosecutor improperly coached witnesses; (3) the prosecutor failed to disclose impeachment evidence in violation of *Brady v. Maryland*, 373 U.S. 83 (1963); (4) the prosecutor made prejudicial, misleading statements to the press prior to trial; (5) the trial judge was biased due to a conflict of interest; (6) petitioner was compelled to testify in violation of the Fifth Amendment; (7) his right to present a complete defense was violated; (8) the trial judge implied his guilt and denied him a fair trial by commenting in the jury's presence that petitioner was present in custody; (9) trial counsel rendered ineffective assistance of counsel; (10) petitioner's right to a unanimous jury verdict was violated; and (11) the prosecutor was biased due to a conflict of interest.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall issue in the present action.

DATED: April 24, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.